THE STATE ex rel. METROPOLITAN LIFE IN-
SURANCE COMPANY v. W. D. VANDIVER,
Superintendent of Insurance of the State of Mis-
souri.

**In Banc, July 9, 1909.**

Mandamus.

PEREMPTORY WRIT DENIED.

WOODSON, J.—This is another one of the three
cases briefed, argued and submitted together with the
case of State ex rel. Equitable Life Assurance So-
ciety v. Vandiver, Superintendent of Insurance of the
State of Missouri. The issues and legal propositions
involved in this case are substantially the same as
those involved in that, and the conclusions reached in
that case are controlling in this. We are, therefore,
of the opinion that a peremptory writ of mandamus
should be denied, and it is so ordered.

*Valliant, C. J., Burgess,* and *Gantt, JJ.,* concur;
*Graves, J.,* dissents in separate opinion in which *Fox*
and *Lamm, JJ.,* concur.

## DISSENTING OPINION.

GRAVES, J.—This case was argued and submit-
ted with the case of State ex rel. Equitable Life Assur-
ance Society of the United States v. Vandiver, Super-
intendent. Practically the same state of admitted
facts is involved. The same questions of law are
presented. I dissent from the majority opinion here-
in, for the reasons fully assigned in my dissenting
opinion in the Equitable case, supra. In this *Fox* and
*Lamm, JJ.,* concur.